UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARNEST GODFREY LOGAN, JR., | No. 2:24-cv-3345 DAD AC |
| Plaintiff, | |
| v. | ORDER |
| FOOD 4 LESS and Campbell Soup Company, | |
| Defendants. | |

Plaintiff, who is proceeding in pro se, filed this case on December 2, 2024 and paid the filing fee. The federal venue statute provides that a civil action "may be brought in (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) if there is no district in which an action may otherwise be brought as provided in this action, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action." 28 U.S.C. § 1391(b).

In this case, the claims arose in Los Angeles, California, which is in the Central District of California. ECF No. 1 at 2. The plaintiff listed an address for himself in Los Angeles, California, and plaintiff listed an address for defendant Food 4 Less in Los Angeles, California. ECF No. 1-2 at 1. Plaintiff indicated Campbell Soup Company is located in the state of New Jersey. Id. All of

the events described in the complaint took place in Los Angeles.  ECF No. 1 at 2.  None of the parties, nor any of the facts alleged in the complaint, relate to the Eastern District of California.  Therefore, plaintiff's case should have been filed in the United States District Court for the Central District of California.  In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the correct district.  See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

    Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Central District of California.

DATED: January 2, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2